**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01524-CV
No. 05-15-01525-CV

**IN RE RILEY JOHN WILLIAMS III, Relator**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-0945394-J, F-1323990-J**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DOUGLAS S. LANG
           JUSTICE